### SPEARS v. AKERS et al.

Circuit Court of Appeals, Sixth Circuit.
February 15, 1929.

No. 5163.

O. T. Hinton, of Pikeville, Ky., for appellant.

James & Hobson, of Prestonsburg, Ky., for appellees.

Before HICKS, MACK, and HICKENLOOPER, Circuit Judges.

PER CURIAM. Decree of District Court affirmed, with costs, upon opinion of District Judge.